UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TABITHA HOUSTON, on her own behalf
and on behalf of those similarly situated

       Plaintiff,

v.                            Case No:  2:14-cv-245-FtM-38DNF

JT PRIVATE DUTY HOME CARE, LLC,

       Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Defendant JT Private Duty Home Care, LLC's Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b) or in the Alternative, Motion for a More Definite Statement Under Fed. R. Civ. P. 12(e) (Doc. #11) filed on June 19, 2014.  On July 2, 2014, the Plaintiff filed an Amended Complaint (Doc. #13).  Therefore, the initial Motion to Dismiss is now moot and due to be denied as such.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Defendant JT Private Duty Home Care, LLC's Motion to Dismiss Plaintiff's Complaint Under Federal Rule of Civil Procedure 12(b) or in the Alternative, Motion for a More Definite Statement Under Fed. R. Civ. P. 12(e) ([Doc. #11](Doc. #11)) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of July, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record